MARGARET DUSENBERRY, appellant,

*v.*

LAURA A. GRIFFIN, executrix, &c., et al., respondents.

[Decided October 17th, 1927.]

On appeal from a decree of the court of chancery advised by Vice-Chancellor Griffin, whose opinion is reported in *100 N. J. Eq. 117.*

*Mr. Richard Boardman,* for the appellant.

*Mr. Mark Townsend,* for the respondents.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Griffin.

*For affirmance*—THE CHIEF-JUSTICE, TRENCHARD, PARKER, KALISCH, KATZENBACH, CAMPBELL, LLOYD, WHITE, VAN BUSKIRK, McGLENNON, DEAR, JJ. 11.

*For reversal*—BLACK, J. 1.